**ST. JOSEPH MEDICAL CENTER,**
**Appellant,**

v.

**John R. HUMPHREY and Leslie Humphrey, Respondents.**

**WD 78204**

Missouri Court of Appeals,
Western District.

ORDER FILED: June 30, 2015

Matthew D. Bessine, Kansas City, MO, Attorney for Appellant.

James W. Humphrey, Jr., Kansas City, MO, Attorney for Respondents.

Before Division III: Mark D. Pfeiffer, Presiding Judge, and Gary D. Witt and Anthony Rex Gabbert, Judges

## Order

Per Curiam:

St. Joseph Medical Center appeals the judgment of the Circuit Court of Jackson County, Missouri, dismissing, with prejudice, its petition against John R. Humphrey and Leslie Humphrey. Because a published opinion would serve no jurisprudential purpose, we have instead provided a memorandum of law to the parties explaining our ruling. We affirm the judgment. Rule 84.16(b).